IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                              4:18-CR-00039-01-JM

CARLOS COLUNGA

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 90) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 4 to 2, resulting in a new criminal history category of II. However, his sentence was based on the statutory, mandatory minimum of 120 months, not the Guidelines.

Additionally, Defendant's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ."[1] Because Defendant knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief.[2]

IT IS SO ORDERED this 15th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 67.

[2] *United States v. Cowan*, 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582 (c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).